IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TERRANCE WADDELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 124-174 |
| DESHAWN JONES, Warden; DR. LEE LAROWE, Medical Director; and KYLE PRICE, Physician, | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all official capacity claims for monetary damages against all Defendants. The case shall proceed against Defendants as described in the Magistrate Judge's February 4, 2025 Order. (Doc. no. 9.)

SO ORDERED this 5th day of March, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA