IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TERRANCE WADDELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 124-174 |
| | ) |
| DESHAWN JONES, Warden; DR. LEE LAROWE, Medical Director; and KYLE PRICE, Physician, | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for entry of default. (Doc. no. 16.)

SO ORDERED this 17th day of June, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA