IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

TERRANCE WADDELL,             )
)
     Plaintiff,           )
)
v.                     )     CV 124-174
)
DESHAWN JONES, Warden; DR. LEE   )
LAROWE, Medical Director; and KYLE  )
PRICE, Physician,          )
)
     Defendants.         )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, ("R&R") to which no objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R as its opinion, **DENIES** Defendant Larowe and Price's motion to dismiss and Plaintiff's motion for preliminary injunction, (doc. nos. 47, 62), and **DENIES** as **MOOT** Plaintiff's motion to set aside third-party release or for equitable relief from opt out deadline, (doc. no. 75).

SO ORDERED this _____5th_____ day of February, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA